■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMILIO PRATTS, Appellant. — Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on July 22, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Asch and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE LITTLE, Appellant. — Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on November 21, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Asch and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY PENA, Appellant. — Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on June 22, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Carro, Milonas and Kassal, JJ.

■ NATHAN ROBBY et al., Respondents, v JACK RABIE, Appellant. — Order and judgment (one paper), Supreme Court, New York County (Guy Graves, J.), entered on July 3, 1984, unanimously affirmed for the reasons stated by Graves, J., at Trial Term. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J. P., Carro, Milonas and Kassal, JJ.